AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

OCT 1 2020 PM 3:43
FILED-USDC-CT-HARTFORD

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RICHARD SMITH | ) | Case No. |
| | ) | 3:20MJ846 (RAR) |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 1, 2020  in the county of  Hartford  in the
District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) and (b)(1); §§ 2252A(a)(5)(B) and (b)(2) | Receipt of child pornography;<br>Possession of and access with intent to view child pornography |

This criminal complaint is based on these facts:

See Affidavit of HSI Special Agent Allison M. Haimila, which is incorporated herein.

☐ Continued on the attached sheet.

**ALLISON M HAIMILA**  Digitally signed by ALLISON M HAIMILA
Date: 2020.10.01 15:30:15 -04'00'

*Complainant's signature*

HSI Special Agent Allison M. Haimila

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

**Robert A. Richardson**  Digitally signed by Robert A. Richardson
Date: 2020.10.01 15:37:12 -04'00'

Date:  10/01/2020

*Judge's signature*

City and state:  Hartford, Connecticut

United States M.J. Robert A. Richardson

*Printed name and title*