UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:20-MJ-846 (RAR) |
| RICHARD SMITH | (OCTOBER 5, 2020) |

### UNOPPOSED MOTION TO POSTPONE PROBABLE CAUSE HEARING

The Defendant, RICHARD SMITH, is charged in a complaint dated October 1, 2020, with a violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and §§ 2252A(a)(5)(B) and (b)(2). He was arrested on October 1, 2020 in the District of Connecticut and presented on the same date before Magistrate Judge Robert A. Richardson. On the same date, Mr. Smith consented to detention without prejudice.

United States Magistrate Judge Robert A. Richardson, set the date for a probable cause hearing for October 14, 2020. The parties require additional time to review discovery, and to discuss a potential resolution that would obviate the need for the case to be presented to the Grand Jury. Additionally, in light of the COVID-19 pandemic, the undersigned has not had the opportunity to recently meet with Mr. Smith at Harford Correctional Center. Accordingly, the defendant seeks a 60-day extension of the time within which a preliminary hearing should be held. The undersigned will provide this Court with a written waiver from Mr. Smith as soon as possible. The undersigned will arrange for a telephone conference with Mr. Smith's counselors to facilitate the signing of the waiver.

Counsel for the government, Assistant United States Attorney Patrick Doherty, does not oppose this motion.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | THE DEFENDANT,<br>Richard Smith |
|  | FEDERAL DEFENDER OFFICE |
| Date: October 05, 2020 | */s/ Ashley Meskill*<br>Assistant Federal Defender<br>10 Columbus Blvd, Floor 6<br>Hartford, CT 06106<br>Phone: (860) 493-6260<br>Bar No.: phv10217<br>Email: ashley_meskill@fd.org |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 05, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              */s/ Ashley H. Meskill*
                              Ashley H. Meskill