UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:20-MJ-846 (RAR)

RICHARD SMITH  (NOVEMBER 24, 2020)

## MOTION FOR RELEASE WITH PROPOSED CONDITIONS

Mr. Richard Smith, the Defendant, though undersigned counsel, files this Motion for Release with Proposed Conditions for the reasons set forth below.

**I.     Procedural History**

1. Mr. Smith is charged in a Complaint dated October 1, 2020 with violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and §§ 2252A(a)(5)(B) and (b)(2). *See* ECF No. 1.

2. On October 1, 2020 Mr. Smith appeared before Magistrate Judge Robert A. Richardson for his Initial Appearance. *See* ECF No. 3.

3. On the same date Mr. Smith consented to detention without prejudice until a suitable release plan could be proposed before the Court.

4. Mr. Smith is currently being held at the Hartford Correctional Center in Hartford, Connecticut.

**II.    Legal Framework**

Pursuant to Federal Rule of Criminal Procedure 46(a), "The provisions of 18 U.S.C. §§ 3142 and 3144 govern pretrial release." Title 18 U.S.C. § 3142(c)(1)(B) sets forth the standards for release or detention pending trial indicating in pertinent part that:

… If the judicial officer determines that the release described in subsection (b) of this section will not reasonably assure the appearance of the person as required or will

> endanger the safety of any other person or the community, such judicial officer shall order the pretrial release of the person – subject to the least restrictive further condition, or combination of conditions, that the judicial officer determines will reasonably assure the appearance of the person as required and the safety of any other person and the community.

### III.     Factors in Favor of Release

The following militates in favor of Mr. Smith's release:

First, Mr. Smith has strong ties to the community, buttressed by a solid support system. Mr. Smith was born and raised in Waterbury, Connecticut. He is sixty-four years old. Most notably, his wife, Charlene Smith is devoted to seeing Mr. Smith through the obstacles that he presently faces. Mr. and Ms. Smith have been married for twenty-seven years and together they've lived in Southington, Connecticut for nearly twenty-five years. Ms. Smith has been fully briefed on what it means to be a third-party custodian and is willing to hold Mr. Smith accountable to the Court while on pre-trial release.

Second, Mr. Smith has a history of depression and bipolar disorder. His wife has secured him a therapist, Walkesa Castilla, LPC LMT with Naugatuck Valley Counseling. She specializes in treating adults with bipolar and depression. As part of the proposed release plan (outlined below), Mr. Smith would attend regular counseling with Ms. Castilla.

Most significantly, Mr. Smith has a history of high blood pressure, kidney failure, obesity and osteoarthritis. *See* Exhibit A. Most recently, he was given a physical at Hartford Correctional in October 2020, and his blood pressure was 180/100. His BMI was calculated to be 32.8. *Id*. A the Court is well aware, we are in the midst of a global pandemic caused by the COVID-19 virus. According to the Center for Disease Control website, adults of any age are at an increased risk of

severe illness from COVID-19 if they are considered obese (BMI greater than 30kg/m).[1] Further, individuals with Hypertension or high blood pressure *might* be at increased risk. [2] Finally, Mr. Smith is sixty-four years old, placing him at higher risk than younger individuals:

> As you get older, your risk for severe illness from COVID-19 increases. For example, people in their 50s are at higher risk for severe illness than people in their 40s. Similarly, people in their 60s or 70s are, in general, at higher risk for severe illness than people in their 50s. The greatest risk for severe illness from COVID-19 is among those aged 85 or older. **In general, your risk of getting severely ill from COVID-19 increases as you get older. In fact, 8 out of 10 COVID-19-related deaths** reported in the United States have been among adults aged 65 years and older**.**[3]

Mr. Smith is currently at Hartford Correctional Center (HCC), which has not been immune from problems with containing the spread of COVID-19 among inmates. HCC has had 191 positive cases of COVID-19. *See* Exhibit B. As the numbers of COVID-19 infections rise in Connecticut and across the United States, it is imperative that vulnerable inmates be protected from any unnecessary risk of infection.

Third, Mr. Smith is clearly not a serious risk of flight, as evidenced by his conduct on the day of his arrest. He cooperated with law enforcement and has appeared for all of his court dates.

Fourth, the forthcoming proposed conditions are sufficient to rebut any presumption that Mr. Smith is a danger to the community or a risk of flight.

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (Last Accessed November 24, 2020).
[2] Id.
[3] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html (Last Accessed November 24, 2020).

**Conclusion**

Based on the foregoing, Mr. Smith respectfully requests this Court to grant this Motion, releasing him with the proposed conditions. To the degree that the Court finds that Mr. Smith is a serious risk of flight, or risk of danger, pursuant to 18 U.S.C. §3142, the proposed conditions can be imposed to offset those concerns. As will be suggested in court, Mr. Smith asks the Court to impose the following conditions:

(1) Mr. Smith will be released on a $100,000 unsecured bond, to be co-signed by Ms. Charlene Smith.

(2) Mr. Smith will be on home incarceration, monitored with an ankle bracelet provided by the United States Probation Office.

(3) Mr. Smith will not be allowed to leave the home, except for medical appointments, mental health treatment, meetings with his attorney, court dates, and religious services.

(4) All other travel outside the home will have to be pre-approved by the Court or the United States Probation Office.

(5) Ms. Charlene Smith will act as Mr. Smith's third party custodian.

(6) Any travel is restricted to the District of Connecticut.

(7) Mr. Smith shall surrender his US Passport (should he have one).

(8) Mr. Smith shall not, under any circumstance, access the internet via computer, cell phone, or any other electronic device.

WHEREFORE, premises considered, the undersigned respectfully requests that this Honorable Court grant this motion.

                                                Respectfully Submitted,

                                                THE DEFENDANT,
                                                Richard E. Smith

                                                FEDERAL DEFENDER OFFICE

Date: November 24, 2020             */s/ Ashley Meskill*
                                                Assistant Federal Defender
                                                10 Columbus Blvd, Floor 6
                                                Hartford, CT 06106
                                                Phone: (860) 493-6260
                                                Bar No.: phv10217
                                                Email: ashley_meskill@fd.org

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 24, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                     */s/ Ashley H. Meskill*
                                     Ashley H. Meskill