# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

       v                                         **APPEARANCE**

                                                 CASE NO.: 3:20MJ846(RAR)

RICHARD SMITH

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

                                              **RICHARD SMITH**

Date: March 10, 2021            /s/ Tracy Hayes
                                            Signature

Bar No.: phv06527              Tracy Hayes
                                            Print Name

                                            OFFICE OF THE FEDERAL DEFENDER
                                            Firm Name

                                            265 CHURCH STREET, SUITE 702
                                            Address

                                            NEW HAVEN     CT      06510
                                            City             State      Zip Code

                                            (203) 498-4200
                                            Phone Number

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on March 10, 2021, a copy of the foregoing APPEARANCE was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Tracy Hayes
                                            Tracy Hayes