**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**<u>NOTICE TO COUNSEL</u>**

This case is designated as an electronically filed case. This means that all pleadings except sealed documents must be filed electronically, pursuant to the accompanying Electronic Filing Order. Documents filed electronically must be filed in OCR text searchable PDF format.

The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide an email address. The Manual can be found on the court's website at <u>www.ctd.uscourts.gov</u>. All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from that date forward.

If electronic filing would impose an undue burden on counsel or the parties, you may move to vacate the Electronic Filing Order, for good cause shown. Any pleadings filed before the effective date, including a motion to vacate the Electronic Filing Order, should be filed in paper form.

IT IS SO ORDERED.

*/s/ Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

### Hon. Jeffrey Alker Meyer, U.S. District Judge

### <u>ELECTRONIC FILING ORDER</u>

The Court orders that the parties must file all documents in this case electronically. The following requirements are imposed:

1.  Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2.  Documents filed electronically must be filed in OCR text searchable PDF format.

3.  For any case in which a party is represented by counsel, counsel must promptly mail or deliver to chambers a single courtesy hard copy of any filing, including exhibits, attachments, or supporting memoranda of law, if the filing (taken together with those exhibits, attachments, or memoranda) exceeds **30 pages** in length. All courtesy copies must bear the CM/ECF document identification heading on each page. This requirement for a courtesy copy applies only to filings by counsel for represented parties and does not apply to self-represented litigants.

    When a courtesy copy contains multiple exhibits or appendices, the exhibits or appendices should be bound or in a binder, separated by numbered tabs, with a sheet at the front of the bound copy or binder indicating which tab corresponds to each exhibit or appendix.

IT IS SO ORDERED.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge

*Last Revised January 15, 2020*