Criminal Std  (6/13/2012)

HONORABLE: Richardson

DEPUTY CLERK A. Blue          RPTR/ECRO/TAPE FTR

USPO                          INTERPRETER

TOTAL TIME: _____ hours 7 minutes

DATE: Apr 15, 2021   START TIME: 12:05pm   END TIME: 12:12pm

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR ☐   ☐ BOND HRG   ☐ CHANGE OF PLEA   ☐ IN CAMERA HRG
- ☐ IA- RULE 5   ☐ DETENTION HRG   ☐ WAIVER/PLEA HRG   ☐ COMPETENCY HRG
- ☒ ARRAIGNMENT   **7m** ☐ PROBABLE CAUSE   ☐ EXTRADITION HRG   ☐ FORFEITURE
- ☐ CONFLICT HRG   ☐ EVIDENTIARY HRG   ☐ STATUS CONF   ☐ MOTION HRG

CRIMINAL NO. 3:21cr47  JAM          DEFT # ___1___

Patrick Doherty
AUSA

UNITED STATES OF AMERICA
vs
Richard Smith

Tracy Hayes

Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): _____   ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney_____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ ...... Plea of ☒ not guilty ☐ guilty ☐ nolo contendere to count(s) 1,2 of the Indictment
- ☐ ...... Petition to Enter Guilty Plea filed                    (indict, superseding indict, info)
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☒ ...... Jury Selection set for 06-02-2021 at 8:30am
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $_____ on count(s)_____. Total $ _____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☒ ...... Defendant detained
- ☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ...... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ...... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ .......Deft must refrain from the possession of firearms or dangerous weapons.

☐ ...... Deft must maintain employment or actively seek employment.

☐ ...... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ...... as set forth in the Order Setting Conditions of Release

☐ ....... _____

_____

_____

_____

**ADDITIONAL PROCEEDINGS**

☐ ...... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ .......Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ .......Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... #____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......_____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ......_____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ......_____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ......_____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ......_____ ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: