UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      vs.                                        CRIMINAL NO. 3:21-CR-47 (JAM)

RICHARD SMITH                             (October 18, 2021)

## **UNOPPOSED MOTION TO CONTINUE DATE FOR JURY SELECTION AND TRIAL SCHEDULING ORDER**

Mr. Richard Smith, the Defendant, though undersigned counsel, files this Motion to Continue the date for jury selection (December 2, 2021), and the trial scheduling order. As grounds, Counsel sets forth the following:

**I.**      **Procedural History**

1. Mr. Smith is charged in an Indictment dated March 29, 2021 with violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and §§ 2252A(a)(5)(B) and (b)(2). *See* ECF No. 29.

2. On October 1, 2020 Mr. Smith appeared before Magistrate Judge Robert A. Richardson for his Initial Appearance. *See* ECF No. 3.

3. On the same date Mr. Smith consented to detention without prejudice until a suitable release plan could be proposed before the Court.

4. Mr. Smith moved for release with conditions but was denied on November 25, 2020 and March 10, 2021. *See* ECF No 17 and 27.

5. Mr. Smith is presently held at the Donald W. Wyatt Detention Facility in Central Fall, RI.

6. The parties have been in communication about the upcoming jury selection date, the status of any outstanding discovery, and the potential for a resolution that would obviate the need for a trial.

7. The government has indicated that all of the discovery is available for defense counsel's review.

8. The amount of discovery in this case is voluminous and will take some time to review.

9. Accordingly, the defendant seeks a 90-day extension of the jury selection date and the trial scheduling order.

10. Counsel has spoken to Assistant United States Attorney, Patrick Doherty, who does not object to the granting of this motion.

                          Respectfully Submitted,

                          THE DEFENDANT,
                          Richard E. Smith

                          FEDERAL DEFENDER OFFICE

Date: October 18, 2021              */s/ Ashley Meskill*
                                        Assistant Federal Defender
                                        10 Columbus Blvd, Floor 6
                                        Hartford, CT 06106
                                        Phone: (860) 493-6260
                                        Bar No.: phv10217
                                        Email: ashley_meskill@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 18, 2021, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Ashley H. Meskill*
                                        Ashley H. Meskill