UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                         CRIMINAL NO. 3:21-CR-47 (JAM)

RICHARD SMITH                                    October 27, 2021

## UNOPPOSED MOTION TO CONTINUE DATE FOR JURY SELECTION AND TRIAL SCHEDULING ORDER

Richard Smith, the Defendant, respectfully files this Motion to Continue the date for jury selection, December 2, 2021, and the trial scheduling order for 90 days. As grounds, the Defendant sets forth the following:

1. Mr. Smith is charged in an Indictment dated March 29, 2021 with violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and §§ 2252A(a)(5)(B) and (b)(2). *See* ECF No. 29.

2. On October 1, 2020 Mr. Smith appeared before the Honorable Magistrate Judge Robert A. Richardson for his Initial Appearance. *See* ECF No. 3.

3. On the same date Mr. Smith consented to detention without prejudice until a suitable release plan could be proposed before the Court.

4. Mr. Smith moved for release with conditions but was denied on November 25, 2020 and March 10, 2021. *See* ECF No 17 and 27.

5. Mr. Smith is presently held at the Donald W. Wyatt Detention Facility in Central Fall, RI.

6. The parties have been in communication about the upcoming jury selection date, the status of any outstanding discovery, and the potential for a resolution that would obviate the need for a trial.

7. The government has indicated that all of the discovery is available for defense counsel's review.

8. The amount of discovery in this case is voluminous and will take some time to review.

9. Though the Undersigned continues to meet with Mr. Smith, who is aware of the need to review discovery, on September 29, 2021, he tested positive for COVID.  Based on a report from Wyatt the United States Marshals indicated he recovered on or about October 9, 2021.  On October 26, the Undersigned met with Mr. Smith by way of Zoom, who consented with the requested continuance.

10. Accordingly, the defendant seeks a 90-day extension of the jury selection date and the trial scheduling order.

11. Counsel for the government, Assistant United States Attorney Patrick Doherty, similarly consents to the requested continuance.


Respectfully Submitted,


THE DEFENDANT,
Richard E. Smith

FEDERAL DEFENDER OFFICE


Date: October 27, 2021                    /s/ Tracy Hayes
                                          Assistant Federal Defender
                                          265 Church Street, Floor 7
                                          New Haven, CT 06510
                                          Phone: (203) 498-4200
                                          Bar No.: phv06527
                                          Email: tracy_hayes@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Tracy Hayes_
Tracy Hayes