UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:21-CR-47 (JAM)

RICHARD SMITH  August 22, 2022

## UNOPPOSED MOTION TO CONTINUE DATE FOR JURY SELECTION AND TRIAL SCHEDULING ORDER

Richard Smith, the Defendant, respectfully files this Motion to Continue the date for jury selection, September 1, 2021, and the trial scheduling order for 90 days. As grounds, the Defendant sets forth the following:

1. Mr. Smith is charged in an Indictment dated March 29, 2021 with violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and §§ 2252A(a)(5)(B) and (b)(2). *See* ECF No. 29.

2. On October 1, 2020 Mr. Smith appeared before the Honorable Magistrate Judge Robert A. Richardson for his Initial Appearance. *See* ECF No. 3.

3. On the same date Mr. Smith consented to detention without prejudice until a suitable release plan could be proposed before the Court.

4. Mr. Smith moved for release with conditions but was denied on November 25, 2020 and March 10, 2021. *See* ECF No 17 and 27.

5. Mr. Smith is presently held at the Donald W. Wyatt Detention Facility in Central Fall, RI.

6. The parties have been in communication about the upcoming jury selection date, and the status of any outstanding discovery.  The government has indicated that all the discovery is available for defense counsel's review.  The amount of discovery in this case is voluminous and will take some time to review.

7. In addition, the parties have not had formal plea discussions as government counsel was on trial between July 11 through July 25, 2022, and more recently unavailable from July 28 until today, August 22, 2022. The parties plan to have formal discussions that may result in a resolution and obviate the need for a trial.

8. The undersigned met with Mr. Smith on August 13, 2022, who is aware of the case status and consents to an adjournment.

9. Accordingly, the Defendant seeks a 90-day extension of the jury selection date and the trial scheduling order.

10. Counsel for the government, Assistant United States Attorney Patrick Doherty, agrees with the requested continuance.

Respectfully Submitted,

THE DEFENDANT,
Richard E. Smith

FEDERAL DEFENDER OFFICE

Date: August 22, 2022

*/s/ Tracy Hayes*
Assistant Federal Defender
265 Church Street, Floor 7
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                             */s/ Tracy Hayes*
                                                                             Tracy Hayes