UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:21-CR-47 (JAM) |
| RICHARD SMITH | November 21, 2022 |

# **UNOPPOSED MOTION TO CONTINUE DATE FOR JURY SELECTION AND TRIAL SCHEDULING ORDER**

Richard Smith, the Defendant, respectfully files this Motion to Continue the date for jury selection, December 1, 2022, and the trial scheduling order for 90 days. As grounds, the Defendant sets forth the following:

1. Mr. Smith is charged in an Indictment dated March 29, 2021 with violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and §§ 2252A(a)(5)(B) and (b)(2). *See* ECF No. 29.

2. On October 1, 2020 Mr. Smith appeared before the Honorable Magistrate Judge Robert A. Richardson for his Initial Appearance. *See* ECF No. 3.

3. On the same date Mr. Smith consented to detention without prejudice until a suitable release plan could be proposed before the Court.

4. Mr. Smith moved for release with conditions but was denied on November 25, 2020 and March 10, 2021. *See* ECF No 17 and 27.

5. Mr. Smith is presently held at the Donald W. Wyatt Detention Facility in Central Fall, RI.

6. The parties are engaging in formal plea discussions that are still ongoing.

7. The parties plan to continue formal discussions that may result in a resolution and obviate the need for a trial.

8. The undersigned have discussed the proposed continuance with Mr. Smith, who consents to the filing of this motion.

9. Accordingly, the Defendant seeks a 90-day extension of the jury selection date and the trial scheduling order.

10. Counsel for the government, Assistant United States Attorney Patrick Doherty, agrees with the requested continuance.

Respectfully Submitted,

THE DEFENDANT,
Richard E. Smith

FEDERAL DEFENDER OFFICE

Date: November 21, 2022

/s/ Tracy Hayes
Assistant Federal Defender
265 Church Street, Floor 7
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

/s/ Ashley Meskill
Assistant Federal Defender
10 Columbus Blvd, Floor 6
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: phv10217
Email: ashley_meskill@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Tracy Hayes*
                                              Tracy Hayes

                                              */s/ Ashley H. Meskill*
                                              Ashley H. Meskill