UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21CR47 (JAM) |
| v. | |
| RICHARD SMITH | November 27, 2022 |

**JOINT TRIAL MEMORANDUM**

The United States and the Defendant, Richard Smith, respectfully submit this joint trial memorandum in preparation for trial in the above-captioned matter.

I.   Jury/Non-Jury Trial

This case will be tried to a jury.

II.   Length of Trial

The parties anticipate that this matter will take up to three days of evidence, assuming there are no stipulations by the defense on various evidentiary matters.

To date, the defendant has not indicated that he will stipulate to any fact or witness. The defendant has not indicated whether he will stipulate to his 1999 convictions for possession of child pornography and risk of injury to a minor. The defendant has not indicated whether he will stipulate to the authenticity of plea and sentencing transcripts related to his 1999 convictions, or stipulate that he was the person who pleaded guilty and was sentenced for possession of child pornography and risk of injury to a minor. The defendant has not indicated whether he will stipulate that the images seized from his residence included visual depictions of prepubescent minors who had not attained the age of 12 years of age. The defendant has not indicated whether he would stipulate to the chain of custody and authenticity of data extracted from his Cybertron

desktop computer during forensic analysis of the device, including visual depictions of child pornography.

Depending on whether the defendant agrees to certain stipulations, the trial may be made shorter or longer by the relevant witness(es)' testimony.

III. Nature of the Case

Government's Statement

On June 3, 2020, a federal grand jury returned a two-count indictment against the defendant charging him with receipt of child pornography in violation of Title 18 U.S.C. §§ 2252A(a)(2) and (b)(1); and possession of child pornography in violation of Title 18 U.S.C. §§ 2252A(a)(5)(b) and (b)(2). The allegations stem from a search warrant executed on Smith's residence in Southington, Connecticut, on October 1, 2020.

To execute the search warrant at Smith's Southington residence, members of the Department of Homeland Security – Homeland Security Investigations ("HSI") knocked on the front door. Smith was the only person home at the residence at the time, a residence that he shared with his wife, Charlene Smith. Smith exited the residence and HSI agents entered the residence to search for child pornography.

According to law enforcement, a Cybertron-brand computer was located in an upstairs office/bedroom which was connected to the Internet. The Cybertron computer was actively connected to the dark web using the Tor dark web internet browser, and the computer was viewing a dark web website dedicated to child pornography called "BoysTown." Open on the computer screen was a Microsoft Excel spreadsheet called "BT Progress," which included information related to child pornography on various tabs, with titles including "Adolescents,"

and "Toddlers," organized by columns with information including a "link URL" and passwords, and the date and time of the "post" and the username of the "poster."

HSI investigators conducted a forensic review of the Cybertron computer and hard drives that were seized from the office in Smith's residence. The Cybertron computer contained six hard drives with a capacity of approximately 26 terabytes of computer storage. A search of the devices seized from Smith's office revealed that the devices contained approximately 1.5 million visual depictions (images and videos) believed to be child pornography or child exploitative material. Included in the child pornography found on the Cybertron computer were the images charged in Counts One and Two of the Indictment. Child pornography found on Smith's Cybertron computer included depictions of prepubescent minors who had not attained the age of 12 years of age, engaging in sexually explicit conduct. With respect to the images charged in Count One of the Indictment, the "BT Progress" spreadsheet contained an entry with the same username that was contained in the image file names, along with a "Link URL," a "post date" of September 24, 2020, an "activity date" of September 30, 2020, and a "status" of "new."

HSI investigators then submitted visual depictions extracted from the Smith computer to the National Center for Missing and Exploited Children in an attempt to identify any known victims that appear in the images. Of the images that were submitted to the National Center for Missing and Exploited Children, over 12,000 images were identified as child pornography images known to law enforcement, depicting over 100 minor victims with identities known to law enforcement.

While at the Smith residence on October 1, 2020, Smith had an audio recorded conversation with HSI Special Agent Allison Haimila. SA Haimila provided Smith with written *Miranda* warnings and he agreed to speak with her. The recording totaled approximately 2 hours

and 45 minutes and occurred while the residence was being searched. In substance, Smith agreed that he was "probably" accessing material that he should not be accessing when HSI agents arrived at the residence and that he used the computer in the upper office of the residence. Smith denied trading images with others but agreed when asked if child pornography would be found on his computer. Smith described that he accessed the dark web to "collect" materials and had about 70 terabytes, in total, of storage capacity.

On May 4, 1999, Smith pleaded guilty to in the Connecticut Superior Court of the crimes of possession of child pornography in violation of Connecticut General Statutes§ 53a-196d, and risk of injury to a minor in violation of Connecticut General Statutes § 53-21(a)(2).

Defendant's Statement

The defendant maintains that he is not guilty of the criminal conduct charged in the indictment.

IV.  Trial by Magistrate Judge

This case will not be tried in front of a Magistrate Judge.  The Hon. Jeffrey Alker Meyer, United States District Court Judge, will preside over the trial.

V.  Evidence

Consistent with the Court's instructions for the joint trial memorandum, the Government has provided the defendant with a witness list and exhibit list. The defendant has not yet provided the Government with a reciprocal witness list or evidence list. The Government's witness list is attached as Exhibit D. The Government's exhibit list is attached as Exhibit E.

The Government reserves the right to object to any evidence which may come up at trial which constitutes hearsay, speculation, is irrelevant, or is otherwise inadmissible under the Federal Rules of Evidence.

VI.   Motions in Limine

The parties will separately file any motions *in limine* as required by November 28, 2022. *See* ECF No. 55.

The Government's motions *in limine* and other pretrial filings will include the following:

- A notice regarding self-authenticating records; and

- A motion regarding 404(b) evidence.

VII.   Description of the Case and Parties

On September 30, 2020, United States Magistrate Judge Thomas Farrish authorized a warrant to search Smith's residence in Southington, Connecticut. On October 1, 2020, agents from the Department of Homeland Security – Homeland Security Investigations searched Smith's residence and found that his computer was connected to the Internet and viewing a dark web website dedicated to child pornography, and that Smith cataloged and collected a large volume of child pornography. A criminal complaint was then issued by United States Magistrate Judge Robert A. Richardson, and Smith was arrested on October 1, 2020. Smith has since been detained on the case.

On March 29, 2021, a federal grand jury returned a two-count indictment against the defendant charging him with receipt of child pornography in violation of Title 18 U.S.C. §§ 2252A(a)(2) and (b)(1); and possession of child pornography in violation of Title 18 U.S.C. §§ 2252A(a)(5)(b) and (b)(2).

The Government is represented by Assistant United States Attorneys Patrick Doherty and Nancy Gifford.  The case was investigated by the Department of Homeland Security – Homeland Security Investigations.

Defendant Richard Smith, is represented by Assistant Federal Defenders Ashley Meskill and Tracy Hayes.

The conduct charged in the Indictment relates to child pornography offenses resulting from the search warrant executed at the defendant's residence in Southington, Connecticut. In particular, the Government contends that at that location, using his internet connected computer, the defendant received child pornography and possessed child pornography.

The defendant maintains he is not guilty of the criminal conduct charged in the indictment.

    VIII.    Proposed *Voir Dire*

The parties will file their proposed *voir dire* with this joint trial memorandum as Exhibit A.

    IX.    Proposed Jury Instructions

The parties will file their proposed jury instructions with this joint trial memorandum as Exhibit B.

    X.    Proposed Verdict Form

The parties will file their proposed jury instructions with this joint trial memorandum as Exhibit C.

Respectfully submitted,

| | |
|---|---|
| VANESSA ROBERTS AVERY<br>UNITED STATES ATTORNEY | THE DEFENDANT,<br>Richard Smith |
| /s/<br>Patrick J. Doherty<br>Assistant United States Attorney | /s/<br>Ashley Meskill<br>Assistant Federal Defender |

| | |
|---|---|
| Federal Bar No. PHV10400 | 10 Columbus Blvd., 6th Floor |
| Patrick.Doherty@usdoj.gov | Hartford, CT 06106 |
| | Bar No. phv10217 |
| 157 Church Street | ashley_meskill@fd.org |
| New Haven, CT 06510 | (860) 493-6260 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2022 copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____/s/ Patrick J. Doherty_____
PATRICK J. DOHERTY
ASSISTANT UNITED STATES ATTORNEY