UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:21CR47 (JAM) |
| | : | |
| v. | : | |
| | : | November 27, 2022 |
| RICHARD SMITH | : | |

### PROPOSED VOIR DIRE QUESTIONS

1. Do you, a member of your family, or a close friend know Vanessa Roberts Avery, the United States Attorney for the District of Connecticut, or the prosecutors in this case, Patrick Doherty or Nancy Gifford?

2. The following attorneys are federal prosecutors in the U.S. Attorney's Office:

    *[Please Read List to Be Provided or Have Government Counsel Read List]*

    Do you, or a member of your family, or a close friend, know any of these individuals professionally or socially?

3. Do you, or a member of your family, or a close friend, know, professionally or personally, know any of the defense counsel in this case, specifically:

    a. Attorney Ashley Meskill of the Office of the Federal Public Defender in Hartford, Connecticut?

4. Do you, or a member of your family, or a close friend, know the defendant in this case, Richard Smith of Southington, Connecticut?

5. Do you, or a member of your family, or a close friend, know any of the following persons whose names you may hear during the trial:

    *[Please Read List to Be Provided or Have Government Counsel Read List]*

6. Has anyone read, seen or heard any news accounts of this prosecution, which alleges the receipt and possession of child pornography, in the District of Connecticut, specifically in Southington, Connecticut, including in October of 2020?

If so, have you formed an opinion to a degree that you could not be a fair and impartial juror and deliberate solely on the evidence presented at trial?

7. Do you have any physical or medical problems that would make it difficult for you to sit as a juror?

8. Does anyone have difficulty reading or understanding the English language?

9. Have you, any member of your family, or a close friend ever been charged with, convicted of, or investigated, concerning a criminal offense, other than minor traffic violations?

10. Is there currently a criminal case, not including minor traffic violations, pending against you, or any member of your immediate family?

11. Have you, any member of your family, or a close friend ever been involved in any case or civil suit involving the United States Government?

12. Have you previously been seated as a juror in a civil or criminal case? If so, please provide the following:

   a. In which court (Federal, state, grand jury, etc.);

   b. Civil or criminal; and

   c. Without saying what the verdict was, did the jury reach a verdict?

13. Do any of you have immediate relatives who are lawyers or law students?

14. Do any of you have immediate relatives who are local, state, or federal law enforcement officers or agents?

15. There will be testimony in this case from federal law enforcement officers and agents, and possibly state and local police officers. Is there anything about the fact that some witnesses may be law enforcement officers which would lead you to credit their testimony any more than the testimony of a lay witness, just based on the fact that they are law enforcement officers?

16. Is there anything about the fact that some witnesses may be law enforcement officers which would lead you to credit their testimony any less than the testimony of a lay witness, just based on the fact that they are law enforcement officers?

17. The Government will call witnesses who are investigators with the Department of Homeland Security – Homeland Security Investigations, or "HSI". Do you harbor any ill feelings or have any negative opinions about that agency?

18. The Government is required to prove its case beyond a reasonable doubt. Do you understand that each defendant is presumed innocent unless and until the Government proves its case beyond a reasonable doubt, and after I instruct you on the law?

19. The law does not permit you to consider the issue of punishment because there are other factors which have nothing to do with this trial which will determine the lenience or harshness of any sentence. Any punishment or sentence is determined by the Court, not the jury. Do you understand that as a juror, you are to judge the facts of the case as applied to the law as I will instruct, and not to consider any potential punishment or sentence should you find that the Government proved it case beyond a reasonable doubt?

20. Some people have religious views that prevent them from voting as jurors and in effect being a judge over another person. Do you have any religious or other beliefs that would

affect your ability to deliberate or find each of the defendants in this case guilty or not guilty of the charges against them?

21. Would you be able to follow the Court's instructions on the law in this case even if you thought the law should be interpreted differently?

22. Mr. Smith is charged with one count of receipt of child pornography and one count of possession of child pornography. Is there anything about these specific charges that would make it difficult for you to serve as a juror and be fair and impartial?

23. Some of the evidence relating to the charges of receipt and possession of child pornography will be the images of alleged child pornography. The images may appear graphic, offensive and unpleasant. However, the prospect of having to observe graphic, offensive and unpleasant evidence is not a basis to avoid the duty of jury service. Many criminal cases involve unpleasant evidence. If we excused prospective jurors on the ground that jury duty makes demands – including some unpleasant demands – then the federal criminal justice system could not function. Moreover, the government and the defendant have the right to expect that prospective jurors will not seek to avoid jury service simply because they would rather not serve, or because they would like to avoid unpleasantness. Having said that, is there anyone who honestly believes there is a compelling reason why he or she could not be an impartial juror – that is, to consider all of the evidence and follow the law – simply because images depicting alleged child pornography will be presented as evidence in the trial?

24. Have you, any member of your family, or close friends at any time been the victim of sexual abuse or child sexual abuse? [*It is requested that follow-up, as may be necessary, be conducted at sidebar*].   If so, would this situation prevent you from fairly and impartially viewing

4

the evidence in this case?

25. Have you, any member of your family, or any close friend or relative ever been accused, fairly or unfairly, of any conduct involving child pornography or child sexual abuse?

26. Are you opposed to current federal or state laws that prohibit the possession of child pornography or prohibit sexual relations between adults and minors?

27. Do you think you will have difficulty discussing sexual matters openly with your fellow jurors, specifically activities involving sexual abuse of minors and child pornography?

28. Is there anything at all about the nature of the charges in this case that, because of a personal experience you or a family member have had, would prevent you from being fair and impartial to either side?

29. Is there anything – anything at all – that would prevent you from being fair and impartial juror to either side in this case?

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Patrick J. Doherty*
PATRICK J. DOHERTY
Federal Bar No. PHV10400

NANCY GIFFORD
ASSISTANT UNITED STATES ATTORNEYS
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Tel. 203-696-3000

5