UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:21CR47 (JAM) |
| | : | |
| v. | : | |
| | : | |
| RICHARD SMITH | : | |

# VERDICT FORM

PLEASE READ THE INSTRUCTIONS AND ANSWER THE QUESTIONS UNDER COUNTS ONE AND TWO. THEN, FOLLOW THE INSTRUCTIONS TO DETERMINE WHETHER YOU SHOULD ANSWER QUESTIONS 3 & 4.

## COUNT ONE

1. As to the charge in Count One of receipt of child pornography, we the Jury unanimously find the Defendant Richard Smith:

    _____ Not Guilty          _____ Guilty

    *Proceed to Count 2.*

## COUNT TWO

2. As to the charge in Count Two of possession of child pornography, we the Jury unanimously find the Defendant Richard Smith:

    _____ Not Guilty          _____ Guilty

    *If you answered "Not Guilty" to both Count One and Count Two, please disregard Questions 3 & 4 and have the foreperson sign and date the form.*

    *If you answered "Guilty" to either Count One or Count Two, proceed to Question 3 on the next page.*

1

## ADDITIONAL QUESTIONS FOR COUNTS ONE AND TWO

3. **(a)** Does the Jury unanimously find that the Defendant Richard Smith was convicted in the Connecticut Superior Court of the crime of possession of child pornography in violation of Connecticut General Statutes § 53a-196d, on or about May 4, 1999?

    _____ No       _____ Yes

    *Proceed to Question 3(b).*

    **(b)** Does the Jury unanimously find that the Defendant Richard Smith was convicted in the Connecticut Superior Court of risk of injury to a minor in violation of Connecticut General Statutes § 53-21(a)(2), on or about May 4, 1999?

    _____ No       _____ Yes

    *If you answered "Not Guilty" to Count Two, please disregard Question 4 in its entirety and have the foreperson sign and date the form.*

    *If you answered "Guilty" to Count Two, proceed to Question 4.*

## ADDITIONAL QUESTIONS FOR COUNT TWO

4. **(a)** Does the Jury unanimously find that the Defendant Richard Smith possessed child pornography involving a prepubescent minor or a minor who has not attained 12 years of age?

    _____ No       _____ Yes

    *If you answered "No" to Question 4(a), please disregard Questions 4(b)-(e) and have the foreperson sign and date the form.*

    *If you answered "Yes" to Question 4(a), please continue to Question 4(b).*

    **(b)** Does the Jury unanimously find that the Defendant Richard Smith possessed child pornography consisting of the image described in Count Two of the Indictment as file name XXXX3a5c.gif, and that the image involves a prepubescent minor or a minor who has not attained 12 years of age?

    _____ No       _____ Yes

    *Please continue to Question 4(c).*

**(c)** Does the Jury unanimously find that the Defendant Richard Smith possessed child pornography consisting of the image described in Count Two of the Indictment as file name XXXXcd65.gif, and that the image involves a prepubescent minor or a minor who has not attained 12 years of age?

_____ No          _____ Yes

*Please continue to Question 4(d).*

**(d)** Does the Jury unanimously find that the Defendant Richard Smith possessed child pornography consisting of the image described in Count Two of the Indictment as file name XXXX0664.jpg, and that the image involves a prepubescent minor or a minor who has not attained 12 years of age?

_____ No          _____ Yes

*Please continue to Question 4(e).*

**(e)** Does the Jury unanimously find that the Defendant Richard Smith possessed child pornography consisting of the image described in Count Two of the Indictment as file name XXXXbf9z.gif, and that the image involves a prepubescent minor or a minor who has not attained 12 years of age?

_____ No          _____ Yes

Please have the foreperson sign and date the form.

_____          Dated:
FOREPERSON