UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:21CR47 (JAM) |
| | : | |
| v. | : | |
| | : | |
| RICHARD SMITH | : | November 27, 2022 |

<u>GOVERNMENT'S LIST OF NAMES EXPECTED TO BE MENTIONED AT TRIAL</u>

The following is a list of names that the United States ("the government") expects to be mentioned at trial:

1. Charlene Smith
2. Homeland Security Investigations ("HSI") Special Agent ("SA") Allison Haimila
3. HSI SA Ryan Mahar
4. HSI SA Peter Manning
5. HSI SA Joel Barry
6. HSI Analyst Paul Valvo
7. Detective David Miele, Manchester (CT) Police Department
8. HSI Task Force Officer ("TFO") Jonathon Carreiro
9. HSI SA Michael Manganiello
10. HSI SA Alexander Davis
11. HSI SA Josh Cameron
12. State of Connecticut Court Reporter Leslie Fialkievicz
13. State of Connecticut Court Reporter Linda Burbige
14. Attorney Norman Pattis
15. Lieutenant James Held, Enfield (CT) Police Department

16. Federal Bureau of Investigation ("FBI") SA Ian Smythe

17. FBI SA Alix Skelton

18. FBI SA J. Brooke Donahue

19. FBI SA Jeffrey Ross

20. FBI SA Robert Guerra

At present, from the above list, the Government anticipates calling during its case-in-chief at the trial of this case the following witnesses:

1. SA Allison Haimila –

    a. is expected to testify to her investigation and the execution of the search warrant at the Smith residence on October 1, 2020, including her observations in the residence, including child pornography, and her post-Miranda conversation with Smith. *See* USAO 00001-00028. SA Haimila further reviewed Smith's criminal history including his convictions for offenses involving child pornography and sexual abuse. *See* USAO 00051-00149.

2. SA Ryan Mahar –

    a. is expected to testify to his participation in the search of the Smith residence on October 1, 2020, including his observations related to Smith's computer and subsequent analysis of the computer. Mahar will testify as to later analysis of devices seized from Smith and child pornography, including images depicting prepubescent minors, contained thereon – specifically the Cybertron computer seized from Smith's upstairs office (line item 22) as well as the "BT Progress" spreadsheet used by Smith to track and catalogue child pornography. *See* USAO 00029-00033. SA Mahar will also testify about

   attempts to identify the identities of minors depicted in images possessed by Mr. Smith, and his receipt of the identities of some minors depicted and the law enforcement investigators who were associated with those matters.

3. SA Peter Manning –

   a. is expected to testify to his forensic analysis of devices provided to him as part of the investigation, including the Cybertron computer (line item 22). *See* USAO 00448-00453.

4. SA Joel Barry –

   a. is expected to testify to acting as the evidence custodian during the search of the Smith residence. *See* USAO 00454.

5. Analyst Paul Valvo –

   a. is expected to testify to his forensic analysis of devices seized from the Smith residence. *See* USAO 00034-00043.

6. Lieutenant James Held –

   a. is expected to testify regarding his investigation of the "Camp1" and "Camp2" child pornography series, and identify minors depicted in those child pornography images and their ages when the visual depictions were created.

7. FBI SA Ian Smythe –

   a. is expected to testify regarding his investigation of the "LMO" child pornography series, and identify minors depicted in those child pornography images and their ages when the visual depictions were created.

8. FBI SA Alix Skelton –

    a. is expected to testify regarding his investigation of the "Sammy" child pornography series, and identify minors depicted in those child pornography images and their ages when the visual depictions were created.

9. FBI SA J. Brooke Donahue –

    a. is expected to testify regarding his investigation of the "BlueCouch 1," "BlueCouch2," "D-Daddy," "J&N1," and "SpaceStation" child pornography series, and identify minors depicted in those child pornography images and their ages when the visual depictions were created.

10. FBI SA Jeffrey Ross –

    a. is expected to testify regarding his investigation of the "SpongeB" child pornography series, and identify minors depicted in those child pornography images and their ages when the visual depictions were created.

11. FBI SA Robert Guerra –

    a. is expected to testify regarding his investigation of the "4bottie1" and "4bottie2" child pornography series, and identify minors depicted in those child pornography images and their ages when the visual depictions were created.

If necessary, the following witnesses would be called at trial to testify to the following:

1. Charlene Smith –

    a. would, if necessary, be expected to testify regarding sharing the Southington residence with Smith, and Smith's control and use of the internet and the Cybertron computer in the upstairs office of the residence.

2. Detective David Miele, Manchester (CT) Police Department, HSI TFO Jonathon Carreiro, HSI SA Michael Manganiello, HSI SA Alexander Davis, and HSI SA Josh Cameron –

    a. were all present during the execution of the search warrant on October 1, 2020 and would, if necessary, testify to their respective roles during the execution of the search warrant and their observations on that date (though their testimony would be expected to be cumulative to that of SA Haimila and SA Mahar).

3. State of Connecticut Court Reporter Leslie Fialkievicz, State of Connecticut Court Reporter Linda Burbige, and Attorney Norman Pattis –

    a. would be called, if necessary, to authenticate transcripts of the 1999 plea and sentencing proceedings related to Smith's prior convictions and to establish that Smith was the individual who was, in fact, convicted of the relevant offenses.

The Government reserves to right to supplement this list or call additional witnesses as the testimony or evidence warrants during the course of the trial.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY
/s/

PATRICK J. DOHERTY

Federal Bar No. phv10400
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604
203-696-3000