UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | CASE NO. 3:21CR47 (JAM) |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| RICHARD SMITH | : | November 27, 2022 |

GOVERNMENT'S EXHIBIT LIST

The following is a list of exhibits that the United States ("the government") may introduce at trial. The government reserves the right to supplement this list or introduce additional exhibits as the testimony or evidence warrants during the course of the trial.

| EX# | Description | Date Admitted |
|---|---|---|
| | **Recorded Interview/Search Warrant** | |
| 1 | Miranda Card (USAO-00044) | |
| 2 | HSI Interview.mp3 (USAO-0001) | |
| 3 | Search Warrant (USAO-0261) | |
| | **Search Warrant Photographs (USAO-0456)** | |
| 4 | IMG_2758 | |
| 5 | IMG_2759 | |
| 6 | IMG_2760 | |
| 7 | IMG_2761 | |
| 8 | IMG_2762 | |
| 9 | IMG_2763 | |
| 10 | IMG_2764 | |
| 11 | IMG_2765 | |
| 12 | IMG_2766 | |
| 13 | IMG_2767 | |
| 14 | IMG_2768 | |
| 15 | IMG_2769 | |
| 16 | IMG_2770 | |
| 17 | IMG_2771 | |
| 18 | IMG_2772 | |
| 19 | IMG_2773 | |
| 20 | IMG_2774 | |
| 21 | IMG_2775 | |
| 22 | IMG_2776 | |

| | | |
|---|---|---|
| 23 | IMG_2777 | |
| 24 | IMG_2778 | |
| 25 | IMG_2779 | |
| 26 | IMG_2780 | |
| 27 | IMG_2781 | |
| 28 | IMG_2782 | |
| 29 | IMG_2783 | |
| 30 | IMG_2784 | |
| 31 | IMG_2785 | |
| 32 | IMG_2786 | |
| 33 | IMG_2787 | |
| 34 | IMG_2788 | |
| 35 | IMG_2789 | |
| 36 | IMG_2790 | |
| 37 | IMG_2791 | |
| 38 | IMG_2792 | |
| 39 | IMG_2793 | |
| 40 | IMG_2794 | |
| 41 | IMG_2795 | |
| 42 | IMG_2796 | |
| 43 | IMG_2797 | |
| 44 | IMG_2798 | |
| 45 | IMG_2799 | |
| 46 | IMG_2800 | |
| 47 | IMG_2801 | |
| 48 | IMG_2802 | |
| 49 | IMG_2803 | |
| 50 | IMG_2804 | |
| 51 | IMG_2805 | |
| 52 | IMG_2806 | |
| 53 | IMG_2807 | |
| 54 | IMG_2808 | |
| 55 | IMG_2809 | |
| 56 | IMG_2810 | |
| 57 | IMG_2811 | |
| 58 | IMG_2812 | |
| 59 | IMG_2813 | |
| 60 | IMG_2814 | |
| 61 | IMG_2815 | |
| 62 | IMG_2816 | |
| 63 | IMG_2817 | |
| 64 | IMG_2818 | |
| 65 | IMG_2819 | |
| 66 | IMG_2820 | |
| 67 | IMG_2821 | |

| | | |
|---|---|---|
| 68 | IMG_2822 | |
| 69 | IMG_2823 | |
| 70 | IMG_2824 | |
| 71 | IMG_2825 | |
| 72 | IMG_2826 | |
| 73 | IMG_2827 | |
| 74 | IMG_2828 | |
| 75 | IMG_2829 | |
| 76 | IMG_2830 | |
| 77 | IMG_2831 | |
| 78 | IMG_2832 | |
| 79 | IMG_2833 | |
| 80 | IMG_2834 | |
| 81 | IMG_2835 | |
| 82 | IMG_2836 | |
| 83 | IMG_2837 | |
| 84 | IMG_2838 | |
| 85 | IMG_2839 | |
| 86 | IMG_2840 | |
| 87 | IMG_2841 | |
| 88 | IMG_2842 | |
| 89 | IMG_2843 | |
| 90 | IMG_2844 | |
| 91 | IMG_2845 | |
| 92 | IMG_2846 | |
| 93 | IMG_2847 | |
| 94 | IMG_2848 | |
| 95 | IMG_2849 | |
| 96 | IMG_2850 | |
| 97 | IMG_2851 | |
| 98 | IMG_2852 | |
| 99 | IMG_2853 | |
| 100 | IMG_2854 | |
| 101 | IMG_2855 | |
| 102 | IMG_2856 | |
| 103 | IMG_2857 | |
| 104 | IMG_2858 | |
| 105 | IMG_2859 | |
| 106 | IMG_2860 | |
| 107 | IMG_2861 | |
| 108 | IMG_2862 | |
| 109 | IMG_2863 | |
| 110 | IMG_2864 | |
| 111 | IMG_2865 | |
| 112 | IMG_2866 | |

| | | |
|---|---|---|
| 113 | IMG_2867 | |
| 114 | IMG_2868 | |
| 115 | IMG_2869 | |
| 116 | IMG_2870 | |
| 117 | IMG_2871 | |
| 118 | IMG_2872 | |
| 119 | IMG_2873 | |
| 120 | IMG_2874 | |
| 121 | IMG_2875 | |
| 122 | IMG_2876 | |
| 123 | IMG_2877 | |
| 124 | IMG_2878 | |
| 125 | IMG_2879 | |
| 126 | IMG_2880 | |
| 127 | IMG_2881 | |
| 128 | IMG_2882 | |
| 129 | IMG_2883 | |
| 130 | IMG_2884 | |
| 131 | IMG_2885 | |
| **Transcripts** | | |
| 132 | Plea Transcript May 4, 1999 (USAO-0079) | |
| 133 | Sentencing Transcript August 13, 1999 (USAO-0099) | |
| **Devices/Computers** | | |
| 134 | Physical Exhibit: Cybertron Desktop Computer (Line Item 22) | |
| 135 | Physical Exhibit: Pegasus Working Copy Forensic Image from Cybertron Desktop Computer | |
| 136 | Physical Exhibit: Thumb Drive Digital Trial Evidence Copy from Cybertron Desktop Computer | |
| 137 | BTProgress Excel Spreadsheet from Cybertron Desktop Computer | |
| 138 | Physical Exhibit: Samsung Pro 860 Hard Drive (Line Item 13) | |
| 139 | Physical Exhibit: Seagate External Hard Drive (Line Item 15) | |
| 140 | Physical Exhibit: Seagate External Hard Drive (Line Item 16) | |
| 141 | Physical Exhibit: Seagate External Hard Drive (Line Item 17) | |
| 142 | Physical Exhibit: Western Digital External Hard Drive (Line Item 18) | |
| 143 | Physical Exhibit: Seagate External Hard Drive (Line Item 19) | |
| 144 | Physical Exhibit: Seagate External Hard Drive (Line Item 20) | |
| 145 | Physical Exhibit: Seagate External Hard Drive (Line Item 21) | |
| 146 | Physical Exhibit: Backup Plus Desktop Drive (Line Item 23) | |
| 147 | Physical Exhibit: ProBox Hard Drive (Line Item 24) | |
| 148 | Physical Exhibit: ProBox Hard Drive (Line Item 25) | |
| 149 | *[Intentionally Left Blank]* | |
| **Child Pornography (Count One)** | | |
| 150 | XXXXs (19).jpg | |
| 151 | XXXXs (29).jpg | |
| 152 | XXXXs (39).jpg | |

| | | |
|---|---|---|
| 153 | XXXXs (56).jpg | |
| **Child Pornography (Count Two)** | | |
| 154 | XXXX3a5c.gif | |
| 155 | XXXXcd65.gif | |
| 156 | XXXX0664.jpg | |
| 157 | XXXXbf9z.gif | |
| **Child Pornography (Series)** | | |
| 158 | "Camp1" Series (33 images) | |
| 159 | "Camp2" Series (17 images) | |
| 160 | "LMO" Series (21 images) | |
| 161 | "Sammy" Series (19 images) | |
| 162 | "BlueCouch1" Series (43 images) | |
| 163 | "BlueCouch2" Series (48 images) | |
| 164 | "D-Daddy" Series (8 images) | |
| 165 | "J&N1" Series (38 images) | |
| 166 | "SpaceStation" Series (16 images) | |
| 167 | "SpongeB" Series (106 images) | |
| 168 | "4bottie1" Series (19 images) | |
| 169 | "4bottie2" Series (11 images) | |
| **Records** | | |
| 170 | Frontier Internet Records (USAO-0173) | |

To streamline the government's presentation of the case-in-chief, these exhibits have been premarked and will be presented electronically with the use of a laptop computer. The government will be providing exhibit binders to the Court and the defense at the start of trial.

Respectfully submitted,

VANESSA ROBERT AVERY
UNITED STATES ATTORNEY

/s/Patrick J. Doherty
PATRICK J. DOHERTY
Federal Bar No. PHV10400

ASSISTANT UNITED STATES ATTORNEYS
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Tel. 203-696-3000