UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21CR47 (JAM) |
| v. | |
| RICHARD SMITH | November 28, 2022 |

NOTICE OF INTENDED USE OF SELF-AUTHENTICATED EVIDENCE UNDER
FEDERAL RULE OF EVIDENCE 902(11) AND 902(13)

The Government submits this Notice in accordance with our obligations under the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and the District of Connecticut Standing Order on Discovery. The Government hereby notices that it intends to use the attached Certificates of Authenticity to support the self-authentication of evidence during its case-in-chief pursuant to F.R.E. 902(11) and (13), and F.R.E. 902(4):

1. Exhibit 170: Frontier Certificate of Authenticity. This document was previously disclosed to defense as Bates No. USAO-0172 on February 4, 2021. The Government plans to use the Frontier Certificate of Authenticity as a basis for self-authentication under F.R.E. 902(11) and (13) of the Frontier records previously disclosed as Bates Bates No. USAO-0173, marked as a trial exhibit, Government Exhibits ("GX") 170.

2. Exhibits 132-133: Court Reporter Certificates. These documents were previously disclosed to defense as Bates Nos. USAO-0079 and USAO-0099 on February 4, 2021. The Government plans to use the certification of the respective court reporters as a basis for self-authentication under F.R.E. 902(4) of the plea and sentencing transcripts of proceedings conducted in the Superior Court of the State of Connecticut, marked as a trial exhibits, GX 132-133.

Wherefore, the United States respectfully requests the admission of these exhibits.

DATED: November 28, 2022

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

__/s/_____
PATRICK J. DOHERTY
Assistant United States Attorney
Federal Bar No. PHV10400
1000 Lafayette Blvd., 10th Fl.
Bridgeport, CT 06604