UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:22-cr-47 JAM |
| | : | |
| v. | : | |
| | : | |
| RICHARD SMITH | : | January 6, 2023 |

CONSENT MOTION TO CONTINUE SENTENCING SCHEDULE

The Defendant, RICHARD SMITH, through counsel, hereby files this motion to continue the sentencing schedule for sixty days. As grounds, counsel sets forth the following:

1. On November 28, 2022, Mr. Smith entered a guilty plea to Count Two of the Indictment, charging him with violating 18 United States Code Sections 2252A(a)(5) and (b)(2), possession of child pornography. See ECF No. 61.

2. On the same date, this Honorable Court scheduled Mr. Smith's sentencing for February 17, 2023. See ECF No. 62.

3. The first draft of the Presentence Investigation Report is due on Monday, January 9, 2023. Id.

4. Due to conflicting schedules, the holidays, and the undersigned being out of the country until January 3, 2023, the pre-sentence interview has not yet been scheduled.

5. The undersigned and United States Probation Officer, Angelica Deniz, are scheduling this interview in the coming weeks, with the goal of having it completed before the end of the month.

6. Accordingly, the undersigned counsel is requesting a continuance of the sentencing schedule for sixty days.

7. Assistant United States Attorney, Patrick Doherty does not object to this motion.

8. United States Probation Officer, Angelica Deniz does not object to this motion.

9. This is the first request for a continuance of the sentencing schedule.

        Respectfully Submitted,

        THE DEFENDANT,
        Richard Smith

        FEDERAL DEFENDER OFFICE

Date: January 06, 2023        */s/ Ashley Meskill*
        Assistant Federal Defender
        10 Columbus Blvd, Floor 6
        Hartford, CT 06106
        Phone: (860) 493-6260
        Bar No.: phv10217
        Email: ashley_meskill@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 06, 2023, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/ Ashley H. Meskill*
        Ashley H. Meskill