# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

<div style="display:flex">v.</div>   **APPEARANCE**

RICHARD SMITH   CASE NO.:   3:21-CR-47 (JAM)

To the Clerk of this Court and all parties of record:

Enter my Appearance as counsel in this case for:

**RICHARD SMITH**

Date:   February 14, 2023

/s/Andrew P. Giering
*Signature*

Bar No.:   ct29332

Andrew P. Giering
*Print Name*

Office of the Federal Defender
*Firm Name*

265 Church Street, Suite 702
*Address*

New Haven    CT    06510
*City    State    Zip Code*

(203) 498-4200
*Phone Number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2023, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Andrew P. Giering
Andrew P. Giering