UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL CASE NUMBER: |
| v. | : | |
| | : | 3:21-cr-47 -JAM |
| Richard Smith, | : | |
| *Defendant.* | : | February 22, 2023 |

**MOTION TO**
**WITHDRAW APPEARANCE OF ATTORNEY**

Undersigned counsel, Ashley Meskill, moves, pursuant to Local Rule of Civil Procedure 7(e), as incorporated by Local Rule of Criminal Procedure 1(c), to withdraw her appearance in this case as she is leaving the Office of the Federal Defender. Attorney Andrew Giering has already entered an appearance in this case. The undersigned has met with and notified Mr. Smith that the undersigned is withdrawing that Attorney Giering will be handling all matters going forward.

Respectfully Submitted,

THE DEFENDANT,
Richard Smith

FEDERAL DEFENDER OFFICE

Date: February 22, 2023        /s/ Ashley H. Meskill
                               Assistant Federal Defender
                               10 Columbus Blvd. 6th Floor
                               Hartford, CT 06106
                               Phone: (860) 493-6260
                               Bar No.: phv10217
                               Email: ashley_meskill@fd.org

CERTIFICATE OF SERVICE

1

2

      I HEREBY CERTIFY that on February 22, 2023, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s Ashley H. Meskill
      Ashley H. Meskill