UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : No. 3:21-CR-47 (JAM) |
| RICHARD SMITH | : March 6, 2023 |

### CONSENT MOTION TO CONTINUE SENTENCING

The Defendant, Richard Smith, through counsel, respectfully moves to continue sentencing in this matter for approximately 60 days, from April 17, 2023, until a date convenient to the Court on or around June 16, 2023, and to continue the related presentence report and sentencing memoranda deadlines. This is the second motion to continue the sentencing schedule.

In support of this motion, undersigned counsel represents as follows:

1. On November 28, 2022, Mr. Smith pled guilty to Count Two of the Indictment, charging him with possession of child pornography in violation of 18 U.S.C. §§ 2252A(a)(5) and (b)(2). *See* ECF No. 61. On the same date, the Court scheduled Mr. Smith's sentencing hearing for February 17, 2023. ECF No. 62.

2. On January 6, 2023, Mr. Smith filed a consent motion to continue sentencing for 60 days, on the grounds that Mr. Smith's presentence interview had not yet occurred. ECF No. 64. On January 9, 2023, the Court granted the motion and continued the sentencing hearing until April 17, 2023 at 10 AM. ECF Nos. 65 & 66.

3. Mr. Smith was represented by former Assistant Federal Defender Ashley Meskill from October 2020 until February 2023. Assistant Federal Defender Tracy Hayes also represented Mr. Smith when Attorney Meskill was on parental leave in 2021. Although Attorney Hayes has an appearance on file, Attorney Meskill has had primary

responsibility for this case since she returned from parental leave. Attorney Meskill's last day at the Federal Defender Office was February 24, 2023.

4. In anticipation of Attorney Meskill's departure from the Federal Defender Office, undersigned counsel filed a notice of appearance on February 14, 2023. Undersigned counsel assumed primary responsibility for this case on February 24, 2023, and met with Mr. Smith in person for the first time at the Donald W. Wyatt Detention Facility on March 1, 2023.

5. A continuance is required to provide additional time for undersigned counsel to attain familiarity with the case; review voluminous discovery, medical records, and mitigation work product; closely review the draft Presentence Report with Mr. Smith; research and draft a sentencing memorandum; and prepare for sentencing.

6. Mr. Smith, who has been incarcerated since October 1, 2020, is currently in federal custody at Wyatt and is receiving credit for the time that he is in jail. Mr. Smith also stands convicted of an offense carrying a 10-year mandatory-minimum term of imprisonment. In other words, should the Court grant the requested continuance, Mr. Smith will not be incarcerated for any additional "dead" time that would not count toward his sentence. Moreover, any sentence imposed by the Court will necessarily cover and exceed the amount of time that Mr. Smith has spent or will spend at Wyatt prior to his sentencing.

7. Undersigned counsel will be out of the state from April 13, 2023 through April 17, 2023, returning at approximately 10 PM the evening of April 17, 2023.

8. Undersigned counsel has consulted with Assistant U.S. Attorney Patrick Doherty, who consents to the continuance requested by this motion.

9. Undersigned counsel has consulted with United States Probation Officer Meghan Nagy, who consents to the continuance requested by this motion.

10. Mr. Smith consents to the requested continuance.

WHERETOFORE, premises considered, the Defendant respectfully requests that the Court grant the relief requested herein.

                                          Respectfully Submitted,

                                          THE DEFENDANT,
                                          Richard Smith

                                          FEDERAL DEFENDER OFFICE

Date:  March 6, 2023                 */s/ Andrew P. Giering*
                                          Andrew P. Giering
                                          Research and Writing Specialist
                                          265 Church Street, Suite 702
                                          New Haven, CT 06510
                                          Phone: (203) 498-4200
                                          Bar no.: ct29332
                                          Email: andrew_giering@fd.org

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 6, 2023 a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ *Andrew P. Giering*
                                    Andrew P. Giering