# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                    **APPEARANCE**

RICHARD SMITH                         CASE NO.:   3:21CR47(JAM)


To the Clerk of this Court and all parties of record:

    *Enter my Appearance as counsel in this case for:*      Richard Smith


Date: April 5, 2023                     /s/ Andrew Giering
                                      Signature

Bar No.: ct29332                       Andrew Giering
                                      Print Name

                                      FEDERAL DEFENDER OFFICE
                                      Firm Name

                                      265 Church Street, Suite 702
                                      Address

                                      New Haven      CT         06510
                                      City           State      Zip Code

                                      (203) 498-4200
                                      Phone Number


### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 5, 2023, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Courts electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

                                                          /s/ Andrew Giering
                                                           Andrew Giering