UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | :  No. 3:21-CR-47 (JAM) |
| vs. | : |
| RICHARD SMITH | :  May 24, 2023 |

**CONSENT MOTION TO CONTINUE**
**SENTENCE HEARING**

The Defendant, Richard Smith, respectfully moves to continue the sentence hearing and the remaining associated sentencing calendar for 30-45 days, from June 16, 2023.

On April 15, 2021, Mr. Smith was arraigned on a two-count indictment, charging him with possession of child pornography in violation of 18 U.S.C. §§ 2252A(a)(5) and (b)(2). On November 28, 2022, Mr. Smith pleaded guilty to Count Two of the Indictment.

Counsel for the Defense met with Mr. Smith three times over the past two weeks to review relevant documents, including the draft presentence report, the mental health evaluation, and the financial disclosure documents. The reason for the request is to allow enough time for undersigned counsel to submit records to Probation and file a comprehensive sentencing memorandum.

Assistant United States Patrick Doherty has no objection to the requested continuance. Richard Smith, similarly, agrees to the continuance.

                                      Respectfully Submitted,

                                      THE DEFENDANT,
                                      Richard Smith

                                      FEDERAL DEFENDER OFFICE

Date: May 24, 2023                      */s/ Tracy Hayes*
                                      Tracy Hayes
                                      Assistant Federal Defender
                                      265 Church Street, Suite 702
                                      New Haven, CT 06510
                                      Phone: (203) 498-4200
                                      Bar No.: phv06527
                                      Email: tracy_hayes@fd.org

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on May 24, 2023 a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                    */s/ Tracy Hayes*
                                    Tracy Hayes