UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 3:21-CR-47 (JAM) |
| vs. | : |
| | : July 25, 2023 |
| RICHARD SMITH | : |

**MOTION FOR PERMISSION TO FILE UNDER SEAL
AND TO FILE REDACTED SENTENCING REPLY MEMORANDUM**

    Mr. Richard Smith respectfully requests permission for leave to file the accompanying Sentencing Reply Memorandum under seal. In support of this Motion, the defense represents that the filing of the sentencing reply memorandum under seal is in the interest of justice as it contains sensitive and medical information.

    Mr. Smith, also respectfully requests permission to redact portions of the Sentencing Reply Memorandum, as it contains sensitive and medical information. The request to file a redacted sentencing reply memorandum is made pursuant to Rule 57 of the Local Rules of Criminal Procedure.

Respectfully Submitted,

THE DEFENDANT,
Richard Smith

OFFICE OF THE FEDERAL DEFENDER

Date:  July 25, 2023

/s/ Tracy Hayes
Tracy Hayes
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

/s/ Andrew Giering
Andrew Giering
Assistant Federal Defender
10 Columbus Blvd, Floor 6
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: ct29332
Email: andrew_giering@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2023, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Tracy Hayes
Tracy Hayes