IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21CR47 (JAM) |
| v. | September 1, 2023 |
| RICHARD SMITH | |

## GOVERNMENT'S MOTION FOR ADDITIONAL TIME FOR THE PARTIES TO CONSIDER MATTERS RELATED TO RESTITUTION

The United States respectfully requests that the Court allow an additional two weeks for the parties to discuss matters related to restitution, and similarly extend filing deadlines related to restitution by two weeks.

On July 27, 2023, the defendant Richard Smith was sentenced to a term of 144 months' imprisonment. As part of the judgement, the defendant was ordered to pay restitution in an amount to be determined. Doc. No. 97.

As the Court is aware, this case involved a large number of victims depicted in millions of images of child sex abuse material (CSAM). Due to the large number of victims, in April 2021, the Court granted the Government's motion for alternative victim notification. Doc. Nos. 33, 35. Near in time to the defendant's sentencing, the Government continued notifying victims depicted in CSAM possessed by the defendant as they became known to the Government. *See* Doc. No. 84. Due to the large number of victims, the Court had noted its intention to "defer adjudication of restitution until such time that the government advises that it has completed its continuing victim notification efforts." Doc. No. 89. Pursuant to 18 U.S.C. 3664(d)(5), a final restitution determination of victim losses can occur up to 90 days after the defendant's sentencing.

To date, the Government has notified hundreds of known victims depicted in the voluminous Smith CSAM, including 69 victims who provided victim impact statements to the Court in advance of sentencing. Victim notifications for victims who became known to the Government occurred through

and after Smith's sentencing. As part of the notification process, to date, the Government has received restitution requests from 42 victims depicted in materials possessed by Smith. In all, the restitution requests amount to approximately $331,915. Several victims seeking restitution from Smith have the same legal representation, amounting to 9 law firms who represent the 42 victims. The most recent restitution request was received by the Government on August 29, 2023.

Prior to the defendant's sentencing, on July 14, 2023, the Government had provided defense counsel information and underlying documentation related to victim restitution requests possessed at the time. On August 29, 2023, the Government provided to defense counsel all victim requests for restitution received (including those previously provided to defense counsel), along with underlying documentation and a spreadsheet for easy reference (including contact information for each victim counsel). The Government is unaware whether defense counsel has had any substantive conversations with counsel for victims who were noticed in the July and August disclosures.

At the defendant's sentencing on July 27, 2023, the Government estimated September 1, 2023, as a date where it could provide an update to the Court related to its ongoing victim notification and victim requests for restitution. The Government now seeks an additional fourteen days, until September 15, 2023, to file a motion related to restitution. The request for this extension of time is so that the defense can adequately review the restitution requests and coordinate with counsel for the victims and the Government. Where a final restitution determination, pursuant to 18 U.S.C. 3664(d)(5), can be made ninety days from Smith's July 27, 2023, sentencing, a limited extension of time should allow for the parties to work to resolve the restitution determination. It is the hope of the Government that the parties can come to an agreeable resolution within in this time period, and to obviate the need for any substantive motion practice or a hearing.

## CONCLUSION

Based on the foregoing, the Government requests that the Court allow an additional two weeks for the parties to discuss matters related to restitution and also extend by two weeks the deadlines for

any filings. An additional fourteen days will allow defense counsel to fully consider the requests and underlying documentation that has been provided, to communicate with counsel for the victims and the Government and attempt to come to a restitution determination amongst the parties.

Respectfully Submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

__/s/_____
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY
Federal Bar No. PHV10400
1000 Lafayette Blvd., 10th Fl.
Bridgeport, Connecticut 06604

### CERTIFICATE OF SERVICE

This is to certify that on September 1, 2023, a copy of the foregoing Government's Motion was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

__/s/_____
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY