IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21CR47 (JAM) |
| v. | September 15, 2023 |
| RICHARD SMITH | |

### MOTION FOR ADDITIONAL TIME FOR THE PARTIES TO CONSIDER MATTERS RELATED TO RESTITUTION AND FOR TELEPHONIC STATUS CONFERENCE

The United States respectfully requests that the Court allow additional time, not more than two weeks, for the defendant to consider matters related to restitution, extend the parties' filing deadlines related to restitution, and to schedule a telephonic status conference with the parties to determine whether a hearing and briefing will be necessary.

On July 27, 2023, the defendant Richard Smith was sentenced to a term of 144 months' imprisonment. As part of the judgement, the defendant was ordered to pay restitution in an amount to be determined. Doc. No. 97. Pursuant to 18 U.S.C. 3664(d)(5), a final restitution determination of victim losses can occur up to 90 days after the defendant's sentencing, October 27, 2023. This Court has set a restitution order deadline of October 17, 2023. Doc. No. 97.

On August 29, 2023, the Government provided to defense counsel all victim requests for restitution received (including many requests previously provided to defense counsel), along with underlying documentation and a spreadsheet for easy reference (including contact information for each victim counsel). The Government received requests from 42 victims depicted in materials possessed by Smith, requesting approximately $331,915. Several victims seeking restitution from Smith have the same legal representation, amounting to a total of 9 law firms who represent the 42 victims.

In order to determine whether defense counsel had any substantive conversations with counsel for the victims in order to calculate the restitution order, the Government followed up by email with Tracy Hayes and Andrew Giering of the Office of the Federal Public Defender on September 1, 2023,

September 7, 2023, and September 12, 2023, without any response. On September 15, 2023, the Government called Attorney Hayes who requested additional time to speak with counsel for the victims to calculate the restitution order. To date, defense counsel has not had any conversations with counsel for the victims but stated that he intends to do so this coming week.

Because the parties are seeking to resolve the outstanding restitution order without need for a hearing or briefing, the parties request additional time to file the restitution motion so that defense counsel can review the materials provided by the Government and contact counsel for the victims seeking restitution.

The Government respectfully requests that the Court extend the deadline for filing the motion for restitution. Doc. No. 101. Based upon the representations made by Attorney Hayes, the Government requests that the deadline be extended by no more than two weeks, and that a telephonic status conference be scheduled for on or before September 29, 2023, so that the parties can inform the Court whether there will be a resolution, or whether motion practice and a hearing will be necessary. The Government recognizes the Court's busy docket and seeks to ensure that if restitution is not resolved by agreement, there will be adequate time for the parties to brief the issues and for the Court to schedule a hearing (if necessary) and decide the motion before the October 17, 2023 deadline (and within 90 days of the sentencing of the defendant).

## CONCLUSION

Based on the foregoing, the Government requests that the Court allow additional time, not more than two weeks, for the defendant to review the restation materials and contact counsel for victims, and for filings. The Government also requests a telephonic status conference be scheduled on or before September 29, 2023 to inform the Court of the parties' progress and to confirm whether a hearing and briefing will be necessary.

Respectfully Submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

__/s/_____
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY
Federal Bar No. PHV10400
1000 Lafayette Blvd., 10th Fl.
Bridgeport, Connecticut 06604

**CERTIFICATE OF SERVICE**

    This is to certify that on September 15, 2023, a copy of the foregoing Government's Motion was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

__/s/_____
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY