IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21CR47 (JAM) |
| v. | October 10, 2023 |
| RICHARD SMITH | |

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, this Court's Privacy Policy, and Federal Rule of Criminal Procedure 49.1, the United States of America moves the Court for an order sealing Document No. 106, Supporting Documents for Victim Requests for Restitution.

On October 10, 2023, in support of a motion for an order of restitution (Doc No. 105), the Government submitted supporting documents provided by 15 victims, individuals who were depicted in child pornography possessed by Mr. Smith. The supporting documentation outlines instances of sexual abuse committed upon the victims, monetary loss suffered by the victims, and describes medical and mental examinations and treatment resulting from sexual abuse suffered by the victims.

Based upon the nature of the documents, the Government requests that Document No. 106, Supporting Documents for Victim Requests for Restitution, are filed under seal. The presumption of public access to this information is outweighed by countervailing factors in favor of sealing, including the privacy interests of the victims. The documents themselves describe the trauma and revictimization by repeated distribution of child pornography in which they are depicted. The compelling privacy rights of the victims, and documents describing their sexual abuse and private medical and mental treatment, outweighs the compelling interest to protect the privacy rights of the victims.

The Government respectfully requests that Document No. 106, Supporting Documents for Victim Requests for Restitution, remain filed under seal.

                                                  VANESSA ROBERTS AVERY
                                                  UNITED STATES ATTORNEY

                                                  __/s/_____
                                                  PATRICK J. DOHERTY
                                                  ASSISTANT U.S. ATTORNEY
                                                  Federal Bar No. PHV10400
                                                  1000 Lafayette Blvd., 10th Fl.
                                                  Bridgeport, Connecticut 06604

**CERTIFICATE OF SERVICE**

This is to certify that on October 10, 2023, a copy of the foregoing Government's Motion was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  __/s/_____
                                                  PATRICK J. DOHERTY
                                                  ASSISTANT U.S. ATTORNEY