UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:21-CR-47 (JAM) |
| vs. | : | |
| RICHARD SMITH | : | October 16, 2023 |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S
MOTION FOR AN ORDER OF RESTITUTION**

     Mr. Richard Smith consents to the entry of an order requiring him to pay restitution in the amount of $3,000 to each of the 40 victims who have made requests for restitution in this case.[1]  Mr. Smith consents to the entry of this order despite concerns that he might be unable to pay the requested restitution within his lifetime because he (1) is indigent, (2) is 67 years old and suffers from numerous chronic medical conditions, (3) is currently serving a 12-year prison sentence, and (4) has minimal prospects for employment upon release in the light of his advanced age, health issues, and conviction in this case.

                             Respectfully Submitted,

                             THE DEFENDANT,
                             Richard Smith

                             OFFICE OF THE FEDERAL DEFENDER

Date:  October 16, 2023              */s/ Tracy Hayes*
                             Tracy Hayes
                             Assistant Federal Defender
                             265 Church Street, Suite 702
                             New Haven, CT 06510
                             Phone: (203) 498-4200
                             Bar No.: phv06527
                             Email: tracy_hayes@fd.org

---

[1] Since the filing of the government's motion on October 10, 2023, victim "Moca," through counsel, has agreed to accept $3,000 in restitution.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2023, a copy of the foregoing Defendant's Response to Government's Motion for an Order of Restitution was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Tracy Hayes*
Tracy Hayes