UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:21CR47 (JAM) |
| v. | : | |
| | : | |
| RICHARD SMITH | : | November 20, 2023 |

MOTION FOR ORDER OF FORFEITURE

Pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure and the plea agreement between the United States of America and the Defendant, Richard Smith, the United States of America requests that this Court enter the attached Order of Forfeiture, which orders the forfeiture to the United States of the Defendant's interest in the following: One (1) Hewlett-Packard 500 CPU computer; One (1) Hewlett-Packard P6000 CPU computer; One (1) disk of computer memory; One (1) Samsung hard drive of computer memory; One (1) bag of slides; Three (3) "thumbdrives" of computer memory; Four (4) hard drives of computer memory; One (1) Seagate hard drive of computer memory; One (1) Samsung 860 hard drive of computer memory; One (1) Western Digital hard drive of computer memory; One (1) Cybertron desktop computer; One (1) Backup Plus desktop computer drive; and Two (2) Pro box data processing units, and which orders the Attorney General of the United States or his authorized designee to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Nancy V. Gifford*

_____
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO.: ct16324

PATRICK DOHERTY
ASSISTANT UNITED STATES ATTORNEY
1000 LAFAYETTE BLVD, 10TH FLOOR
BRIDGEPORT, CT 06604
PHONE NO. 203-696-3049
EMAIL: patrick.doherty@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*Nancy V. Gifford*

_____
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY