UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO. 3:21CR47 (JAM) |
| v. | : |
| | : |
| RICHARD SMITH | : |

ORDER OF FORFEITURE

WHEREAS, Defendant Richard Smith has pleaded guilty to a Count Two of the Indictment, charging violation of 18 U.S.C. § 2252A(a)(5) and (b)(2) (Possession of Child Pornography).

WHEREAS, the Court finds, based on the Defendant's plea agreement letter that the United States of America ("Government") has established the requisite nexus between the below-referenced property and the offenses to which the defendant has pleaded guilty.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 2253, that all right, title, and interest that the defendant may have in the following: One (1) Hewlett-Packard 500 CPU computer; One (1) Hewlett-Packard P6000 CPU computer; One (1) disk of computer memory; One (1) Samsung hard drive of computer memory; One (1) bag of slides; Three (3) "thumb drives" of computer memory; Four (4) hard drives of computer memory; One (1) Seagate hard drive of computer memory; One (1) Samsung 860 hard drive of computer memory; One (1) Western Digital hard drive of computer memory; One (1) Cybertron desktop computer; One (1) Backup Plus desktop computer drive; Two (2) Pro box data processing units, is hereby condemned and forfeited to the United States of America.

IT IS FURTHER ORDERED, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2, that the Attorney General of the United States or his authorized designee shall seize said property

1

and conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statutes governing third-party rights.

IT IS FURTHER ORDERED, pursuant to 21 U.S.C. § 853(n), that the Government may publish notice of the forfeiture in a manner consistent with the provisions of Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which may include publication on the Government's forfeiture website on the internet (www.forfeiture.gov).  However, notification by publication is not required for assets valued at less than $1,000.00.  The Government shall also, to the extent practicable, provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the property in an ancillary proceeding.  The foregoing publication and written notice shall include notice of the Government's intent to dispose of the property in accordance with the law, and notice that any person, other than the defendant, having or claiming an interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED, pursuant to Fed. R. Crim. P. 32.2.(b)(3), that this Order of Forfeiture shall be final as to the defendant and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED, pursuant to Fed. R. Crim. P. 32.2(c)(2), that this Order of Forfeiture shall be final as to a third party if no petition to adjudicate said third-party's interest is timely filed in accordance with 21 U.S.C. § 853(n).

3

SO ORDERED this ___ day of _____, 2023 at New Haven, Connecticut.

                                                                  _____
                                                                  HON. JEFFREY ALKER MEYER
                                                                  UNITED STATES DISTRICT JUDGE