IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21CR47 (JAM) |
| v. | January 19, 2024 |
| RICHARD SMITH | |

## GOVERNMENT'S MOTION FOR ENTRY OF AN ORDER OF RESTITUTION

The Government respectfully submits this motion for entry of the proposed order for restitution. On July 27, 2023, the Court sentenced Mr. Curley to 144 months of imprisonment, followed by 15 years of supervised release, and ordered him to pay restitution in an amount to be determined, at a rate of not less than $100 per month or 10% of the defendant's gross monthly income, whichever is greater. *See* Doc. No. 97 (Judgment). Payments are not due while the defendant is incarcerated, nor does interest accrue. *See id.* On October 19, 2023, the Court ordered the defendant to pay a total amount of restitution of $120,000, consisting of $3,000 for each of the 40 victims. *See* Doc. No. 109.

Accordingly, the Government respectfully asks the Court to enter the accompanying proposed order for restitution, which the Government prepared using the Court's template for restitution orders, available on the Court's website. *See* https://www.ctd.uscourts.gov/sites/default/files/forms/Rest-Order-Template-draft-Rev-9-13-23.pdf. The Government can provide a text fillable or "editable" version of the proposed order should the Court seek to edit the proposed order, if necessary.

Respectfully Submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY


__/s/_____
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY
Federal Bar No. PHV10400
1000 Lafayette Blvd., 10th Fl.
Bridgeport, Connecticut 06604


**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on January 19, 2024, a copy of the foregoing Government's Motion was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


__/s/_____
PATRICK J. DOHERTY
ASSISTANT U.S. ATTORNEY